UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FREEDOM MORTGAGE CORPORATION,

Plaintiff,

-against-

SALVATORE MONTELEONE and GIOVANNA MONTELEONE,

Defendant.

**MEMORANDUM AND ORDER**
Case No. 1:19-CV-1410 (FB)(RML)

**BLOCK, Senior District Judge:**

Magistrate Judge Levy issued a report and recommendation ("R&R") recommending Freedom Mortgage Corporation's motion for a default judgment of foreclosure and sale of the subject property at 50 Barlow Avenue, Staten Island, New York be granted. The R&R gave the parties 14 days to file objections and warned that "[f]ailure to file objections within the specified time waives the right to judicial review." R&R at 11. It was served by regular mail on July 27, 2026, making objections due on August 13, 2026. *See* Fed. R. Civ. P. 6(d). No objections have been filed.

Where clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R&R without *de novo* review. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure

timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will, however, excuse the failure to object and conduct *de novo* review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000).

No error, plain or otherwise, appears on the face of the R&R, so the Court adopts it without *de novo* review. Accordingly, by **September 4, 2026**, plaintiff shall submit a proposed default judgement of foreclosure and sale against defendant Giovanna Monteleone in accordance with the R&R: (1) granting foreclosure and sale in the amount of $297,774.82, plus interest at the rate of 4.375 percent from November 17, 2024, to the date of judgment; and (2) appointing a referee to effectuate a sale of the Subject Property and distribute the funds from such sale in accordance with RPAPL §§ 1354 and 1611.

**SO ORDERED.**

_/S/ Frederic Block___________
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
August 24, 2026